IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald L. Gragg,

    Petitioner,

v.

Michael Sheets, Warden,

    Respondent.

Case No. 2:08-cv-926

Judge Michael H. Watson
Magistrate Judge Abel

## OPINION AND ORDER

On March 1, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed.

Although the parties were advised of the right to object to the Magistrate Judge's recommendations, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

Michael H. Watson, Judge
United States District